Entered on Docket
March 10, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Erica Loftis, Esq. (SBN 259286)
Adam P. Thursby, Esq. (SBN 318465)
Ghidotti | Berger LLP
1920 Old Tustin Ave
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
bknotifications@ghidottiberger.com

Attorney for Movant,
U.S. Bank Trust National Association as
Trustee of the Cabana Series IV Trust

The following constitutes the order of the Court.
Signed: March 10, 2022

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 22-40013 |
| Aeron Kaum Nowell, | CHAPTER 13 |
| Debtor. | RS No:GB-1 |
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | DATE: 03/02/2022 |
| | TIME: 09:30 a.m. |
| | PLACE: via Tele/Videoconference - www.canb.uscourts.gov/calendars |
| | Honorable William J. Lafferty |

U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust, ("Movant"), filed a Motion for Relief from the Automatic Stay [ECF No. 15] with respect to the real property located at 1311 Acton Street, Berkeley, CA 94706 (the "**Property**"), which was heard before the Honorable William J. Lafferty, United States Bankruptcy Judge, on March 02, 2022. Movant and the Debtors were represented by their respective counsel at the hearing. Based on the pleadings and other documentation on file herein, oral argument, and good cause appearing therefore,

1

ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**IT IS THEREFORE ORDERED** that:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to 11 U.S.C. §362(d)(1), the Automatic Stay in the above-entitled Bankruptcy case is immediately terminated and extinguished for all purposes as to Movant, U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust, its assignees and/or successors in interest. Movant may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust, and Movant may proceed with a foreclosure of and hold a Trustee's Sale on the subject property, generally described as 1311 Acton Street, Berkeley, CA 94706 ("**Property**" herein) and legally described as indicated in **Exhibit "A"** incorporated herein pursuant to applicable state law, and commence any action necessary to obtain complete possession of the subject Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the motion is granted pursuant to 11 U.S.C. §362(d)(4), If recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order shall be binding in any other case under this title purporting to affect the **Property** filed not later than 2 years after the date of the entry of this order by the court, except that a debtor in a subsequent case under this title may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

IT IS SO ORDERED.

**END OF ORDER**

**COURT SERVICE LIST**

3
ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

# EXHIBIT "A"

# EXHIBIT "A"

## LEGAL DESCRIPTION

All that certain real property situated in the City of Berkeley, County of Alameda, State of California, described as follows:

Lot 29, "Subdivision Map of Lots 1, 2, 3 and 4, Peralta Park, Berkeley," filed February 12, 1890, Map Book 10, Page 63, Alameda County Records.

NOTE: For information purposes only, for which the Company assumes no liability for any inaccuracies or omissions, the purported street address of said land as determined from the latest County Assessor's Roll is:

      1311 ACTON Street, Berkeley, CA 94706